[No. 6924-1-I.   Division One.   January 28, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. PATRICK
M. HENEHAN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85564, Jerome M. Johnson, J., entered August
18, 1978. *Affirmed* by unpublished opinion per Williams,
A.C.J., concurred in by Dore and Ringold, JJ.

[No. 7135-1-I.   Division One.   January 28, 1980.]

OWENS–CORNING FIBERGLAS CORPORATION, *Respondent,* v.
THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respon-*
*dent,* GEORGE AULD, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 831600, Jack P. Scholfield, J., entered October
25, 1978. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Callow, C.J., and Dore, J.